### WINDHAM COUNTY, MARCH TERM, A. D. 1784.

#### OSGOOD V. GROSVENOR.

The public and not the commissary who purchased for their use, is indebted for provision bought by him.

ACTION on book for a pair of oxen. Plea owe nothing. Issue to the court.

The case was — The defendant was a deputy commissary of purchases; and as such, applied to the plaintiff and bought these oxen; and sent them on to the army.

The question was — Whether the defendant or the public, whose agent he was, is indebted for these oxen? By the court, the defendant owes the plaintiff nothing by book, for the defendant acted as servant to the public in the purchase of said oxen, and was known to the plaintiff to be such when the credit was given.

---

### NEW LONDON COUNTY, MARCH TERM, A. D. 1784.

#### HILLYARD V. SEAMONS.

In a petition for a new trial the witnesses must be named.

PETITION for a new trial. In this case it was determined by the court — That the new evidence, must be particularly set forth, and the names of the witnesses; or they may not be admitted, except it be, to the same point, to which others named, are adduced.